UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

ECLIPSE JEWELRY CORP.,

        Plaintiff,

-v-

ENVISIONTEC, INC., (a Michigan corporation) and ENVISIONTEC GmbH, a business entity under the laws of Germany,

        Defendants.

-------------------------------------X

05 CIV. 6713 (DLC)

ORDER OF
DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/05

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
       October 18, 2005

                                DENISE COTE
                       United States District Judge